Great to see you guys. I'm so excited to be here. I'm also excited to be here. Thank you very much. I wanted to make a very quick change. The first and most important point is that the clarity of what the parties were arguing about. I actually wrote an article about elimination. I'm not sure you recall this. It was when the discussion began. I actually signed the house. It's my house. I wrote that article. We were really clear about that. It was the question was, did you need me to answer it? Well, I'm not sure. I'm not going to let you guys assume actually that's what I'm saying. I'm not going to let you guys assume that. So, as I was thinking about who it was, I just thought it would be a good question to know about. I don't know how many times I've done this. Yeah. It's like music. It's like music. The parties have fought on their own. So, when it comes to counsel, it's not necessarily the case. It's not the way I view it. It's possible relationships with other men are boring. What do you want to do? Should she go to the police? Or should she not go to the police? Yeah, it's like, I don't know. I can talk to the police anytime. Well, we will let you take the time for us to answer these questions. I don't know if you can guess what my answer is. I don't know if you can guess what his answer is. I don't know. I don't know. I don't know. So, I'm just thinking about it. This is a question I wanted to ask you. This is a question I wanted to ask you. I'm not? I'm not answering this. I'm not answering this. Period. Okay. I can't do it. I can't see my hand. I will stop. Let me stop. My hand is upset. So, I'm just going to keep on saying it. Well, what's actually being said here, this is not a jury decision trial. The parties were there, and the individuals were there, and so it's clear that they were not in bed. And it is clear also that this is not a good look. If they went on, there are several different references to this. They're after following this hearing, and there is a representation from yourself. I believe they're reporting for you. My point is, again, it is clear that this was not a compromise for you, but the fact that you were there, and that's why you were there. Here it is. That's what I'm saying. That's what I'm saying. That's what I'm saying. That's what I'm saying. If you go back to the parties, you can also go back to the parties where you were, and that's where it begins. I'm going to try to make it happen. But it's pretty hard. This was a trial. So the issue is, if a judge comes, whether that judge is a judge of state or a lawyer, we move people's opinion to talk about the case. It's your decision. It's your decision. It's your decision. It's your decision. Joseph, I suppose your argument is, well, there's all sorts of debates, and so on. So to me, I think it's a decision that has to go to the Supreme Court. Well, it's up to you. But how would you address the issue, in part, in the case of states? A lawyer's case requires a Supreme Court decision. A lawyer's case requires a state trial. I'm not a great speaker, but I'm very nervous about this. I'm running, but I'm hearing this. I'm nervous. What are the rules of the trial for you? I'm not a judge. I'm a lawyer. Yes. And I'm not a judge. As a judge, as a state, you require a Supreme Court verdict. As a judge, you have the opportunity to sit over there and represent the case. And so, I'd love to take the opportunity to read the argument and see what's going on at this time. And if there's any questions, please do so. Okay. I'm happy to answer any questions you may have. Okay. Thank you. Thank you. Thank you. Thank you. So, generally, you're just trying to see where you are. You're not just trying to attend the trial. It's a little more specialized. It's a little more, it's designed to have the bias already, you know, you know, you know, I'm going to sit down and talk to you. Just, just so you're not biased. Well, we have, um, yes, I want to release all this information. It's, it's going to be a, a main list of the case. So, what I'm going to do is, is, this is a major, and, um, it's not, I'm not going to discuss why it's a matter of just a,
judges: Wallace, Schroeder, Kozinski